**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JOHNNIE MOORE,                    )   NO. SA CV 10-316-GAF(E)
                                  )
          Petitioner,             )
                                  )
     v.                           )   JUDGMENT
                                  )
K. DICKERSON, Warden,             )
                                  )
          Respondent.             )
_____   )
```

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 1, 2010.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE